# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marvin French; Gwendolyn Edison-French, | Case No. 2:24-cv-01790-APG-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Westcorp Management Group, Inc., | |
| Defendant. | |

The discovery plan and scheduling order is overdue. *See* Nevada Local Rule 26-1.[1]

**IT IS THEREFORE ORDERED** that the parties must file a stipulated discovery plan or scheduling order in compliance with Local Rule 26-1 on or before **June 6, 2025**. The Clerk's Office is kindly directed to send a copy of this order to Plaintiffs.

DATED: May 16, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules of Practice for the United States District Court, District of Nevada. The Local Rules can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/.