# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marvin French; Gwendolyn Edison-French, | Case No. 2:24-cv-01790-APG-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Westcorp Management Group Inc., | |
| Defendant. | |

Before the Court is Plaintiffs Marvin French and Gwendolyn Edison-French's motion to set aside the Court's order requiring the parties to file a stipulated discovery plan and scheduling order on or before June 6, 2025. (ECF No. 36). Plaintiffs argue that the Court should set aside the order because Plaintiffs did not receive notice of the order until they checked the docket on March 22, 2025. The Court liberally construes Plaintiffs' motion as one to reconsider under Local Rule 59-1, but does not find that Plaintiffs have shown any basis for it to reconsider its prior order under that Local Rule. So, the Court denies their motion.

Also before the Court is Defendant Westcorp Management Group One, Inc.'s proposed discovery plan and scheduling order. (ECF No. 38). Defendant explains that the plan is one-sided because the parties attempted to meet and confer, but those attempts were unsuccessful. Under Local Rule 26-1(a), discovery plans must be stipulated. So, the Court denies Defendant's discovery plan.

The Court will, on its own, extend the time by which the parties must file their stipulated discovery plan and scheduling order. The parties must meet and confer and file a stipulated discovery plan and scheduling order on or before June 30, 2025.

///

///

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to set aside (ECF No. 36) is **denied.**

**IT IS FURTHER ORDERED** that Defendant's discovery plan (ECF No. 38) is **denied.**

**IT IS FURTHER ORDERED** that the parties shall have until **June 30, 2025**, to file a stipulated discovery plan and scheduling order.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiffs a copy of this order.

DATED: June 9, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE