UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marvin French; Gwendolyn Edison-French, | Case No. 2:24-cv-01790-APG-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Westcorp Management Group; Empire Apts., | |
| Defendants. | |

Before the Court is *pro se* Plaintiff Gwendolyn Edison-French and Marvin French's motion to compel. (ECF No. 44). Plaintiffs appear to ask the Court to compel Defendants Westcorp Management Group, Inc., and Empire Apartments to engage in a meet and confer regarding the parties' scheduling plan, arguing that Defendants have not been cooperative. Defendants respond that they have attempted to meet and confer with Plaintiffs, but that Plaintiffs did not show up to the meeting that the Plaintiffs themselves proposed. (ECF No. 46).

The Court liberally construes Plaintiffs' motion to compel as a motion for a scheduling conference and grants it. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (explaining that "[a] document filed *pro se* is to be liberally construed") (internal citations and quotations omitted). The Court sets this matter for a scheduling conference on July 30, 2025, at 1:30 PM in Las Vegas Courtroom 3A before the Honorable Magistrate Judge Daniel J. Albregts. This scheduling conference will be in-person.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to compel (ECF No. 44), which the Court construes as a motion for a scheduling conference, is **granted.**

**IT IS FURTHER ORDERED** that this matter is set for an **in-person** scheduling conference on **July 30, 2025, at 1:30 PM in Las Vegas Courtroom 3A** before the Honorable

Magistrate Judge Daniel J. Albregts. The parties must arrive to the courtroom at least five minutes before the hearing is set to begin.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiffs a copy of this order.

DATED: July 7, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE