# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marvin French; Gwendolyn Edison-French,<br><br>        Plaintiffs,<br><br>    v.<br><br>Westcorp Management Group; Empire Apts.,<br><br>        Defendants. | Case No. 2:24-cv-01790-APG-DJA<br><br>**Order** |

On July 30, 2025, the Court held a scheduling conference and indicated that it would issue a separate order setting case deadlines. This order sets those deadlines.

**IT IS THEREFORE ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | October 28, 2025 |
| Expert disclosures: | November 28, 2025 |
| Rebuttal expert disclosures: | December 29, 2025 |
| Discovery cutoff: | January 26, 2026 |
| Dispositive motions: | February 25, 2026 |
| Joint pretrial order: | March 27, 2026[1] |

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Plaintiffs.

DATED: July 30, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order. The Local Rules of Practice for the United States District Court for the District of Nevada can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/