**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARVIN FRENCH and GWENDOLYN EDISON-FRENCH,<br><br>Plaintiffs<br><br>v.<br><br>WESTCORP MANAGEMENT GROUP INC.,<br><br>Defendant | Case No.: 2:24-cv-01790-APG-DJA<br><br>**Order Denying Motions for (1) Contempt and (2) Default Judgment**<br><br>[ECF Nos. 43, 47] |

Marvin French and Gwendolyn Edison-French move for contempt sanctions and for entry of default judgment against WestCorp Management Group Inc. because WestCorp allegedly did not serve its answer upon the Frenches and because a paralegal from the office of WestCorp's counsel attempted to communicate with the Frenches on behalf of the lawyers. ECF Nos. 43, 47. WestCorp responded with proof that it timely mailed its answer to the Frenches. ECF No. 45-1. And there is nothing inherently improper about a paralegal communicating with a pro se opposing party.

I THEREFORE ORDER that the plaintiffs' motion for contempt **(ECF No. 43)** and motion for default judgment **(ECF No. 47) are DENIED**.

DATED this 7th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE